## WILLIAMS *v.* WARDEN OF MARYLAND PENITENTIARY

[H. C. No. 6, October Term, 1954.]

*Decided November 16, 1954.*

Before BRUNE, C. J., and DELAPLAINE, COLLINS, HENDERSON and HAMMOND, JJ.

HAMMOND, J., delivered the opinion of the Court.

This application for leave to appeal from a refusal to issue a writ of *habeas corpus* must be denied. Relief was sought from a Judge of the Supreme Bench of Baltimore City on the ground that the refusal of the Circuit Court of Wicomico County to grant bail was arbitrary and capricious, pending an appeal to this Court from its judgment imposing consecutive sentences on two counts of an indictment. The application for leave to appeal has become moot, since in *Williams v. State*, 205 Md. 470, we affirmed the judgment and sentence of the Circuit Court for Wicomico County.

*Application denied, with costs.*